**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DISTRICT OF COLUMBIA

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  City Bikes, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

ElectriCITYBikes

**3. Debtor's federal Employer Identification Number** (EIN)  52-1559049

**4. Debtor's address**

Principal place of business

2501 Champlain St NW
Washington, DC 20009
Number, Street, City, State & ZIP Code

Washington, DC
County

Mailing address, if different from principal place of business

38 Redwing Road
Wellesley Hills, MA 02481
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  https://www.citybikes.com/ & https://www.electricitybikes.com/

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor   **City Bikes, Inc.**                                                                 Case number (*if known*)
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __4591__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Debtor **City Bikes, Inc.**     Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?** *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor  **City Bikes, Inc.**  Case number (*if known*)
       Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **City Bikes, Inc.**                                                                               Case number (*if known*)
            Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 21, 2023**
                    MM / DD / YYYY

X **/s/ Catherine McCormick**                                              **Catherine McCormick**
  Signature of authorized representative of debtor                         Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Brian V. Lee**                                                      Date **September 21, 2023**
  Signature of attorney for debtor                                              MM / DD / YYYY

**Brian V. Lee 978834**
Printed name

**Lee Legal, PLLC**
Firm name

**1250 Connecticut Avenue NW**
**Seventh Floor**
**Washington, DC 20036**
Number, Street, City, State & ZIP Code

Contact phone  **(202) 448-5136**          Email address  **bvlee@lee-legal.com**

**978834 DC**
Bar number and State

## CORPORATE RESOLUTION REGARDING BANKRUPTCY
## AND AUTHORITY TO FILE FOR CITY BIKES, INC.

On September 20, 2023, the undersigned sole equity holder of City Bikes, Inc. ("the Corporation") made the following corporate resolutions:

FIRST, it was decided that the Corporation should take all actions necessary to file for bankruptcy under the Chapter deemed most advisable after discussion with counsel;

SECOND, that the undersigned is authorized as directed to take any necessary steps to retain counsel to represent the Corporation in its bankruptcy filing; and

THIRD, that if a Chapter 7 bankruptcy is filed, the undersigned shall have full authority to make all necessary decisions related to such a filing.

**City Bikes, Inc.**

_/s/ Catherine McCormick_                    9-20-2023
Catherine McCormick,                          Date
President

Alderman, Devorsetz and Hora PLLC
1025 Connecticut Ave, NW
Suite 615
Washington, DC 20036


American Express
200 Vesey Street
New York, NY 10285


Bicycle Technologies International
1216 Mercantile Road
Santa Fe, NM 87506


DC Tax & Revenue
1101 4th St. SW #270
Washington, DC 20020


DC Water
5000 Overlook Ave SW
Washington, DC 20032


Estate of Charles McCormick
c/o E. Regine Francois Williams, Esq.
9701 Apollo Drive, Suite 301
Upper Marlboro, MD 20774


Frias and Cevallos LLC
1790 Columbia Rd NW
Washington, DC 20009


Funding Circle
P O Box 206536
Dallas, TX 75320


Gazelle
2867 Mission St
Santa Cruz, CA 95060

```
Georgetown Day School
4200 Davenport Street NW
Washington, DC 20016


Google Ads
1600 Amphitheater Parkway
Mountain View, CA 94043


Hartford Insurance Company
P O Box 660916
Dallas, TX 75266


Hawley HLC
1181 South Lake Drive
Lexington, SC 29073


Highway Two
P O Box 68
Olney, IL 62450


Hoover Mechanical
12340 Meadowland Lane
Nokesville, VA 20181


J & B Importers
P O Box 4156
Seal Beach, CA 90740


Kinch Corp
P O Box 288
Lothian, MD 20711


Quality Bicycle Products
6400 West 105th Street
Minneapolis, MN 55438
```

R3 landscaper
1006 Folcroft Lane
Upper Marlboro, MD 20774


Riese & Muller
64367 Muehltal
Darmstadt, Germany


Shimano (Pearl Izumi)
P O Box 513838
Los Angeles, CA 90051


Specialized Bicycle Components
15130 Concord Circle
Morgan Hill, CA 95037


Stile Products
4067 Hardwick St, Ste 288
Lakewood, CA 90712


Stripe
354 Oyster Point Blvd South
South San Francisco, CA 94080


Thule
P O Box 358105
Pittsburgh, PA 15251


Truist
SunTrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308


Zengo
183 Lorraine Street
Brooklyn, NY 11231

# United States Bankruptcy Court
## District of District of Columbia

In re **City Bikes, Inc.**

Debtor(s)

Case No.

Chapter **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **City Bikes, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 21, 2023**

Date

**/s/ Brian V. Lee**
**Brian V. Lee 978834**
Signature of Attorney or Litigant
Counsel for **City Bikes, Inc.**
**Lee Legal, PLLC**
**1250 Connecticut Avenue NW**
**Seventh Floor**
**Washington, DC 20036**
**(202) 448-5136 Fax:(202) 640-2097**
**bvlee@lee-legal.com**